# United States Bankruptcy Court
### District of Minnesota

In re **Daniel Bradley Whirley**

Debtor(s)

Case No. _____

Chapter **7**

## STATEMENT UNDER PENALTY OF PERJURY RE:
## PAYMENT ADVICES DUE PURSUANT TO 11 U.S.C. § 521(a)(1)(B)(iv)

☐ **Debtor 1 has attached to this statement copies of all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer.**

☑ **Debtor 1 has not filed copies of payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer because:**

    ☐ Debtor 1 was not employed during the 60 days preceding the filing of the petition;

    ☐ Debtor 1 was employed for only a portion of the 60 days preceding the filing of the petition. Please specify period during which debtor was unemployed;

    ☑ Debtor 1 was self-employed during the 60 days preceding the filing of the petition;

    ☐ Debtor 1 received only unemployment, veteran's benefits, social security, disability or other retirement income during the 60 days preceding the filing of the petition; or

    ☐ Other (please explain):

I declare under penalty of perjury that I have read this Statement and it is true to the best of my knowledge, information and belief.

Signature of Debtor 1: _____    Date: _02/15/2021_

**********************************************************

☐ **Debtor 2 has attached to this statement copies of all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer.**

☐ **Debtor 2 has not filed copies of payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer because:**

    ☐ Debtor 2 was not employed during the 60 days preceding the filing of the petition;

    ☐ Debtor 2 was employed for only a portion of the 60 days preceding the filing of the petition. Please specify period during which debtor was unemployed;

    ☐ Debtor 2 was self-employed during the 60 days preceding the filing of the petition;

    ☐ Debtor 2 received only unemployment, veteran's benefits, social security, disability or other retirement income during the 60 days preceding the filing of the petition; or

    ☐ Other (please explain):

I declare under penalty of perjury that I have read this Statement and it is true to the best of my knowledge, information and belief.

Signature of Joint Debtor 2: _____    Date: _____

**\*\*\*IMPORTANT NOTE: Please make sure all SOCIAL SECURITY numbers, routing numbers and account numbers are redacted before filing.** If the income records include the year to date amounts, you are only required to

submit the first and last pay stubs from the previous 60 days.