UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re: Daniel Bradley Whirley                                    Case No. 21-50083

Debtor(s).

## SUMMARY OF AMENDMENTS TO VOLUNTARY PETITION, LISTS, SCHEDULES AND STATEMENTS

1. Attached to this form are the following amended documents:

   ☐ Petition
   ☑ Schedule A/B
   ☑ Schedule C
   ☐ Schedule D
   ☐ Schedule E/F
   ☐ Schedule G
   ☐ Schedule H
   ☐ Schedule I
   ☐ Schedule J
   ☐ Schedule J-2
   ☐ Summary of assets and liabilities and certain statistical information (note that this Summary MUST BE submitted with any amended schedule)
   ☐ Statement of financial affairs
   ☐ Statement of intention
   ☐ Statement of current monthly income/means test calculation
   ☐ Other (specify):

2. For each amended document attached, clearly identify all changes (additions and deletions) to the amended document when compared with the original or most recent amendment:

   On schedule A/B amended the American Family Life Insurance from a term policy to a policy with a cash value.

   On schedules C added an exemption for the American Family Life Insurance policy.

   On schedules C removed the exemption for the Northwestern Mutual Life Insurance Company, policy number ending in 4534

REVISED 12/15

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re

Daniel Bradley Whirley

Case No. *21-50083*

Debtor(s).

## SIGNATURE DECLARATION

☐ PETITION, SCHEDULES & STATEMENTS
☐ CHAPTER 13 PLAN
☐ VOLUNTARY CONVERSION, SCHEDULES AND STATEMENTS
☑ AMENDMENT TO PETITION, SCHEDULES & STATEMENTS
☐ MODIFIED CHAPTER 13 PLAN
☐ OTHER (PLEASE DESCRIBE:____)

I [We], the undersigned debtor(s) or authorized representative of the debtor, make the following declarations under penalty of perjury:

1. The information I have given my attorney for the electronically filed petition, statements, schedules, amendments, and/or chapter 13 plan, as indicated above, is true and correct;

2. The Social Security Number or Tax Identification Number I have given to my attorney for entry into the court's Case Management/Electronic Case Filing (CM/ECF) system as a part of the electronic commencement of the above-referenced case is true and correct;

3. [Individual debtors only] If no Social Security Number was provided as described in paragraph 2 above, it is because I do not have a Social Security Number;

4. I consent to my attorney electronically filing with the United States Bankruptcy Court my petition, statements and schedules, amendments, and/or chapter 13 plan, as indicated above, together with a scanned image of this Signature Declaration;

5. My electronic signature contained on the documents filed with the Bankruptcy Court has the same effect as if it were my original signature on those documents; and

6. [corporate and partnership debtors only] I have been authorized to file this petition on behalf of the debtor.

Date: 3/26/2021

X _____
Signature of Debtor 1 or Authorized Representative

X _____
Signature of Debtor 2

*Daniel Bradley Whirley*
Printed Name of Debtor 1 or
Authorized Representative

_____
Printed Name of Debtor 2

**Fill in this information to identify your case and this filing:**

Debtor 1　**Daniel Bradley Whirley**
　　　　　First Name　　Middle Name　　Last Name

Debtor 2
(Spouse, if filing)　First Name　　Middle Name　　Last Name

United States Bankruptcy Court for the:　**DISTRICT OF MINNESOTA**

Case number　**21-50083**

☐ Check if this is an amended filing

# Official Form 106A/B
## Schedule A/B: Property　　　　　　　　　　　12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:　Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.
   ☒ Yes. Where is the property?

1.1
**13929 North Horseshoe Lake Road**
Street address, if available, or other description

**Merrifield　　MN　　56465-0000**
City　　State　　ZIP Code

**Crow Wing**
County

**What is the property?** Check all that apply
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?**　**$1,000,000.00**
**Current value of the portion you own?**　**$1,000,000.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number:
**PID No.  77170544**
**Property tax value is $717,800**
**Legal description - See attached "Exhibit A"**

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here..........................................................=>　**$1,000,000.00**

**Part 2:　Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

| Debtor 1 | **Daniel Bradley Whirley** | Case number *(if known)* | **21-50083** |
|---|---|---|---|

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

3.1  Make: **Chrysler**
     Model: **PT Cruiser Limited**
     Year: **2002**
     Approximate mileage:
     Other information:
     *(VIN No. 3C8FY68B52T366987)*

   Who has an interest in the property? Check one
   ■ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another
   ☐ Check if this is community property
     (see instructions)

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

   Current value of the entire property?   Current value of the portion you own?
   **$1,143.00**                            **$1,143.00**

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☐ No
■ Yes

4.1  Make: **Malibu**
     Model: **Wakesetter LSV**
     Year: **2009**
     Other information:
     *(Hull No. MB2S1381F909)*

   Who has an interest in the property? Check one
   ■ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another
   ☐ Check if this is community property
     (see instructions)

   Current value of the entire property?   Current value of the portion you own?
   **$46,970.00**                           **$46,970.00**

4.2  Make: **MIDI**
     Model: **Trailer**
     Year: **2000**
     Other information:
     *(VIN No. 1MDBF8R15YA131371)*

   Who has an interest in the property? Check one
   ■ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another
   ☐ Check if this is community property
     (see instructions)

   Current value of the entire property?   Current value of the portion you own?
   **$500.00**                              **$500.00**

4.3  Make: **Bear**
     Model: **Trailer**
     Year: **2005**
     Other information:
     *(VIN No. 5R1BU12105E000851)*

   Who has an interest in the property? Check one
   ■ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another
   ☐ Check if this is community property
     (see instructions)

   Current value of the entire property?   Current value of the portion you own?
   **$400.00**                              **$400.00**

4.4  Make: **Polaris**
     Model: **Ranger XP 900**
     Year: **2016**
     Other information:
     *(VIN No. 4XARTE876GB337470) (This asset along with the 2001 Lund boat are subject to a loan in favor of First National Bank in the amount of $11,202.00)*

   Who has an interest in the property? Check one
   ■ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another
   ☐ Check if this is community property
     (see instructions)

   Current value of the entire property?   Current value of the portion you own?
   **$9,445.00**                            **$9,445.00**

Debtor 1 **Daniel Bradley Whirley**      Case number *(if known)* **21-50083**

| 4.5 | Make: | **Lund** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|
| | Model: | **SSV 20 Alaska** | ■ Debtor 1 only | |
| | Year: | **2001** | ☐ Debtor 2 only | **Current value of the entire property?**    **Current value of the portion you own?** |
| | Other information: | | ☐ Debtor 1 and Debtor 2 only ☐ At least one of the debtors and another ☐ Check if this is community property (see instructions) | **$8,010.00**      **$8,010.00** |
| | | *(Hull No. ZLUH0253H001) (This asset along with the 2016 Polaris Ranger are subject to a loan in favor of First National Bank in the amount of $11,202.00)* | | |

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here............................................................=>     **$66,468.00**

### Part 3: Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?     **Current value of the portion you own?** Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes. Describe.....

   | *Household goods and furnishings -owned jointly with non-filing spouse* | **$9,000.00** |
   |---|---|

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ■ Yes. Describe.....

   | *Desktop computer ($20.00), printer ($10.00)* | **$30.00** |
   |---|---|
   | *3 televisions* | **$150.00** |

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ■ No
   ☐ Yes. Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☐ No
   ■ Yes. Describe.....

   | *Fishing rods ($35.00), Electric Auger ($25.00), portable fish house ($20.00), fish house ($150.00), spear house ($100.00), miscellaneous fishing equipment ($160.00), snowboard ($15.00), snowboard blank and boots ($15.00), Ski equipment ($65.00), Wakeboards ($50.00), Paddle board ($50.00), mountain bike ($50.00), gulf clubs ($10.00),* | **$745.00** |
   |---|---|

| Debtor 1 | **Daniel Bradley Whirley** | Case number *(if known)* | **21-50083** |
|---|---|---|---|

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☐ No
    ☑ Yes. Describe.....

    | **Sig 9 ($300.00), Mosquito 22 ($100.00), Baical 12 gauge ($100.00), Benelli SB2 ($400.00), 300 Weatherby ($250.00), hunting clothes ($50.00), soft gun cases ($20.00), ammo ($50.00), decoys ($30.00), hand pigeon thrower ($2.00), duck calls ($1.50), ammo boxes ($6.00), trail cam ($30.00), miscellaneous gun cleaning supplies ($5.00)** | *$1,344.50* |
    |---|---|

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ☑ Yes. Describe.....

    | **Normal clothing** | *$750.00* |
    |---|---|

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ☑ Yes. Describe.....

    | **Wedding ring - exchanged at ceremony** | *$20.00* |
    |---|---|

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☐ No
    ☑ Yes. Describe.....

    | **3 dogs** | *$0.00* |
    |---|---|

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ☐ No
    ☑ Yes. Give specific information.....

    | **Rhino plow ($20.00), tool box and tools ($380.00), smoker ($10.00), Yard Machine push mower ($10.00), Husk push mower ($50.00), and snow blower ($5.00 - does not work)** | *$475.00* |
    |---|---|

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ............................................................................... | *$12,514.50* |

| **Part 4:** | **Describe Your Financial Assets** | |
|---|---|---|
| **Do you own or have any legal or equitable interest in any of the following?** | | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ☐ No
    ☑ Yes..................................................................................................................

    | | ***Cash on hand*** | *$0.00* |
    |---|---|---|

| Debtor 1 | **Daniel Bradley Whirley** | Case number *(if known)* | **21-50083** |
|---|---|---|---|

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
    ☐ No
    ■ Yes.....................

Institution name:

| | | | |
|---|---|---|---|
| 17.1. | *Investment account, Account No. ending in 9315* | *Ameritrade* | *$598.00* |
| 17.2. | *Investment account, Account No. ending in 2080* | *Computershare Trust Company / Intel Corporation* | *$210.00* |
| 17.3. | *Checking account, Account No. ending in 8844* | *First National Bank* | *$195.90* |
| 17.4. | *Checking account, Account No. ending in 0916* | *First National Bank* | *$0.99* |
| 17.5. | *Savings account, Account No. ending in 5283* | *Brainerd BN Credit Union* | *$58.08* |
| 17.6. | *Checking account, Account No. ending in 5283* | *Brainerd BN Credit Union* | *$232.93* |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ■ No
    ☐ Yes................ Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ☐ No
    ■ Yes. Give specific information about them....................

| Name of entity: | % of ownership: | | |
|---|---|---|---|
| *On The Spot Services, LLC (Company has a checking account with First National Bank, Account No. ending in 6285 with a balance of $2192.40; a 2012 KIA Soul (VIN No. KNDJT2A55C7362757) valued at $4,219.00:  two 2001 Chrysler hatchback cars valued at $1,143.00 each and one 2001 Chrysler hatchback car with a value of 0 because it  does not run. (Total value of assets is $8,697.40.  Company has a PPP loan in the amount of $23,500.00)* | *20%* | % | *$0.00* |
| *Miltec Partners (Company has a Ameritrade account, Account No. ending in 1114 with a balance of $456,415.80)* | *12%* | % | *$54,769.90* |

| Debtor 1 | Daniel Bradley Whirley | Case number *(if known)* | 21-50083 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| *P & F Capital, LLC* (Company owns real estate located at 33816 County Road 3, Crosslake, MN 56442 valued at $284,500.00 with a lien in favor of Jerold O. Lane and Mary Lee Lane in the amount of $522,000.00; Company owns two parcels of land, PID No. 14330658 valued at $39,400.00 and 14330659 valued at $ 39,400.00, lots were pledged as additional collateral for the LIV4 business loan in favor of First National Bank North in the amount of $74,338.00; Company owns real estate located at 33853 Gendreau Road, Crosslake, MN 56442 valued at $125,000.00 with a lien in favor of First National Bank North in the amount of $116,190.70. Company also has a bank Account No. ending in 1488 with a negative balance of 2074.84.  As the debts exceed the value of the assets, Debtor does not believe that there is any equity in the company.;) | 100% | % | $0.00 |
| *LIV4, LLC*  (Company has a First National Bank, checking account ending in 3521 with a balance of $289.25; First National Bank checking account ending in 3513 with a balance of $389.84;  First National Bank savings account ending in 2212 with a balance of $1.00; 2003 GMC Sierra 1500 (VIN No. 1GTEC14XX3Z231031) valued at $1,446.00; 2007 GMC Yukon (VIN No. 1GKFK63857J145133 valued at $4,950.00; 1997 Chevrolet S10 regular cab (VIN No. 1GBL7H1M4VJ100147) valued at $873.00; 2006 Chevrolet Silverado 2500 (VIN No. 1GCHK23D56F167077) valued at $6,477.00; 2013 PJ trailer (VIN No. 4P5T62021D1194486) valued at $2,000.00; 2003 Continental trailer (VIN No. 4X4TCCV2X3N033380) valued at $2,500.00; 2009 GMC Yukon (VIN No. IGKFK03269R297094) valued at $2,500, Office furniture / equipment valued at approx $1,757.00; Storage and inventory valued at approx $3,573.50;  (Total value of assets is $26,756.59.  All of the vehicles, office furniture and equipment are subject to a loan in favor of First National Bank North in the amount of $74,338;   Company also has a PPP loan in the amount of $52,190.00) | 100% | % | $0.00 |
| *Rem-Whirl, Inc.* (Company is out of business and has no assets.  The unpaid debts total in excess of $499,000.00) | 100% | % | $0.00 |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
        Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ■ No
    ☐ Yes. List each account separately.

Debtor 1  **Daniel Bradley Whirley**  Case number *(if known)*  **21-50083**

Type of account:    Institution name:

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ■ No
    ☐ Yes. .....................    Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes.............    Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ■ No
    ☐ Yes.............    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ■ No
    ☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ■ No
    ☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No
    ☐ Yes.  Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
    ■ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ■ No
    ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
    ■ No
    ☐ Yes.  Give specific information..

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ☐ No
    ■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| ***Northwestern Mutual Life Insurance Company (Policy No. ending in 8617 - no cash value)*** | ***Britt Whirley*** | ***$1.00*** |

| Debtor 1 | Daniel Bradley Whirley | | Case number *(if known)* | 21-50083 |
|---|---|---|---|---|

| | | |
|---|---|---:|
| American Family Life Insurance Company (Account No. ending in 9400) | | $23,830.79 |
| Northwestern Mutual Life Insurance Company (Policy No. ending in 4534) | Britt Whirley | $3,675.81 |
| Northwestern Mutual Life Insurance Company (Policy No. ending in 1942) | Britt Whirley | $1,096.50 |
| Northwestern Mutual Life Insurance Company (Policy No. ending in 9931) | Estate of the insured | $364.56 |
| Northwestern Mutual Life Insurance Company (Policy No. ending in 8645) | Estate of the insured | $305.97 |
| Northwestern Mutual Life Insurance Company (Policy No. ending in 8596) | Estate of the insured | $332.68 |
| Northwestern Mutual Life Insurance Company (Policy No. ending in 6104 - Disability insurance) | | $1.00 |
| Northwestern Mutual Life Insurance Company (Policy No. ending in 3909 - Disability insurance) | | $1.00 |

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
    ■ No
    ☐ Yes. Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ■ No
    ☐ Yes. Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ■ No
    ☐ Yes. Describe each claim.........

35. **Any financial assets you did not already list**
    ■ No
    ☐ Yes. Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.**................................................................................................................. | $85,675.11 |

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ■ No. Go to Part 6.
    ☐ Yes. Go to line 38.

| Debtor 1 | **Daniel Bradley Whirley** | Case number *(if known)* | **21-50083** |
|---|---|---|---|

| **Part 6:** | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    ■ No. Go to Part 7.
    ☐ Yes. Go to line 47.

| **Part 7:** | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |
|---|---|

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ■ No
    ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** .................................... **$0.00**

| **Part 8:** | **List the Totals of Each Part of this Form** |
|---|---|

55. **Part 1: Total real estate, line 2** ................................................................................................................. **$1,000,000.00**
56. **Part 2: Total vehicles, line 5**  $66,468.00
57. **Part 3: Total personal and household items, line 15**  $12,514.50
58. **Part 4: Total financial assets, line 36**  $85,675.11
59. **Part 5: Total business-related property, line 45**  $0.00
60. **Part 6: Total farm- and fishing-related property, line 52**  $0.00
61. **Part 7: Total other property not listed, line 54**  + $0.00
62. **Total personal property.** Add lines 56 through 61...  $164,657.61    Copy personal property total  $164,657.61
63. **Total of all property on Schedule A/B**. Add line 55 + line 62   **$1,164,657.61**

**Fill in this information to identify your case:**

| | | | | |
|---|---|---|---|---|
| Debtor 1 | **Daniel** | **Bradley** | **Whirley** | |
| | First Name | Middle Name | Last Name | |
| Debtor 2 | | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name | |
| United States Bankruptcy Court for the: | | DISTRICT OF MINNESOTA | | |
| Case number | 21-50083 | | | |
| (if known) | | | | |

■ Check if this is an amended filing

# Official Form 106C
## Schedule C: The Property You Claim as Exempt    4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **13929 North Horseshoe Lake Road Merrifield, MN 56465 Crow Wing County**<br>**PID No. 77170544**<br>**Property tax value is $717,800**<br>**Legal description - See attached "Exhibit A"**<br>Line from *Schedule A/B*: **1.1** | $1,000,000.00 | ■ $450,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | *Minn. Stat. §§ 510.01, 510.02* |
| **2002 Chrysler PT Cruiser Limited (VIN No. 3C8FY68B52T366987)**<br>Line from *Schedule A/B*: **3.1** | $1,143.00 | ■ $1,143.00<br>☐ 100% of fair market value, up to any applicable statutory limit | *Minn. Stat. § 550.37 subd. 12a* |
| **Household goods and furnishings -owned jointly with non-filing spouse**<br>Line from *Schedule A/B*: **6.1** | $9,000.00 | ■ $9,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | *Minn. Stat. § 550.37 subd. 4(a)* |
| **3 televisions**<br>Line from *Schedule A/B*: **7.2** | $150.00 | ■ $150.00<br>☐ 100% of fair market value, up to any applicable statutory limit | *Minn. Stat. § 550.37 subd. 4(a)* |

| Debtor 1 | **Daniel Bradley Whirley** | | Case number (if known) | **21-50083** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Normal clothing**<br>Line from *Schedule A/B*: **11.1** | $750.00 | ■ $750.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Minn. Stat. § 550.37 subd. 4(a)** |
| **Wedding ring - exchanged at ceremony**<br>Line from *Schedule A/B*: **12.1** | $20.00 | ■ $20.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Minn. Stat. § 550.37 subd. 4(c)** |
| **Checking account, Account No. ending in 8844: First National Bank**<br>Line from *Schedule A/B*: **17.3** | $195.90 | ■ 75%<br>☐ 100% of fair market value, up to any applicable statutory limit | **Minn. Stat. § 571** |
| **Checking account, Account No. ending in 0916: First National Bank**<br>Line from *Schedule A/B*: **17.4** | $0.99 | ■ 75%<br>☐ 100% of fair market value, up to any applicable statutory limit | **Minn. Stat. § 571** |
| **Savings account, Account No. ending in 5283: Brainerd BN Credit Union**<br>Line from *Schedule A/B*: **17.5** | $58.08 | ■ 75%<br>☐ 100% of fair market value, up to any applicable statutory limit | **Minn. Stat. § 571** |
| **Checking account, Account No. ending in 5283: Brainerd BN Credit Union**<br>Line from *Schedule A/B*: **17.6** | $232.93 | ■ 75%<br>☐ 100% of fair market value, up to any applicable statutory limit | **Minn. Stat. § 571** |
| **American Family Life Insurance Company (Account No. ending in 9400)**<br>Line from *Schedule A/B*: **31.2** | $23,830.79 | ■ $10,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Minn. Stat. § 550.37 subd. 23** |

3. **Are you claiming a homestead exemption of more than $170,350?**
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☐ No
   ■ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
       ■ No
       ☐ Yes

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA
# THIRD DIVISION

| | |
|---|---|
| In Re: | Chapter 7 |
| | Bankruptcy No. 21-50083 |
| Daniel Bradley Whirley, | |
| Debtor. | |

## UNSWORN CERTIFICATE OF SERVICE

I, Cassandra Jo Warner, declare under penalty of perjury that on March 30, 2021, I served a copy of the attached *AMENDED SCHEDULES A/B AND C* by first class U.S. Mail, to the following parties:

**SEE ATTACHED LIST**

| | |
|---|---|
| Executed on:  March 30, 2021. | Signed: /e/ Cassandra Jo Warner |
| | Cassandra Jo Warner |
| | Buckley & Jensen |
| | 1257 Gun Club Road |
| | White Bear Lake, MN 55110 |

| | | |
|---|---|---|
| AMERICAN EXPRESS<br>P.O. 0001<br>LOS ANGELES CA 90096-8000 | BLUEWAVE TECHNOLOGIES, INC.<br>P.O. BOX 2570<br>BAXTER MN 56425 | BRAINERD BN CREDIT UNION<br>804 LAUREL STREET<br>BRAINERD MN 56401-3772 |
| BRENDA K. FICEK<br>67685 WISE LAKE ROAD<br>BRAINERD MN 56401 | BUILD-ALL LUMBER CO.<br>13204 FAWN LAKE ROAD<br>CROSSLAKE MN 56442 | BUILTRITE BUILDERS, LLC<br>4551 PRESERVE PARKWAY N.<br>GREENWOOD VILLAGE CO 80121 |
| CAPITAL ONE<br>P.O. BOX 6492<br>CAROL STREAM IL 60197-3607 | CHARLOTTE REED<br>3937 PUMICE COURT<br>EAGAN MN 55122 | CHASE<br>CARDMEMBER SERVICES<br>P.O. BOX 6294<br>CAROL STREAM IL 60197-6294 |
| COMCAST<br>P.O. BOX 60533<br>CITY OF INDUSTRY CA 91716 | COMCAST<br>382 MAIN STREET<br>SALEM NH 03079 | COPPERLEAF HOMES<br>78 26N. ACADEMY BLVD<br>COLORADO SPRINGS CO 80920 |
| CURTIS CHRISOFFERSON<br>1915 FOX MOUNTAIN PT.<br>COLORADO SPRINGS CO 80906 | FIRST NATIONAL BANK<br>P.O. BOX 767<br>CROSSLAKE MN 56442 | FRANCIS KING, LTD<br>INTERNATIONAL MARKET SQUARE<br>275 MARKET STREET, SUITE 465<br>MINNEAPOLIS MN 55405 |
| GREENSCAPE COMPANIES, INC.<br>11684 - 219TH AVENUE NW<br>ELK RIVER MN 55330 | IC SYSTEMS / JOHN FERNANDEZ<br>P.O. BOX 64378<br>ST. PAUL MN 55164 | IMS RENT / MARKET RIDGE, LLC<br>INTERNATIONAL MARKET SQUARE<br>P.O. BOX 775423<br>CHICAGO IL 60677 |
| INTERNAL REVENUE SERVICE<br>WELLS FARGO PLACE<br>30 EAST 7TH ST MAIL STOP 5700<br>ST. PAUL MN 55101 | INTERNATIONAL MARKET SQUARE<br>P.O. BOX 775423<br>CHICAGO IL 60677 | JAMES & MICHELLE ILLIES<br>605 - 17TH STREET N.<br>SARTELL MN 56377 |
| JANE & FRED SHIOTA<br>119 MOUNT CURVE AVENUE<br>BIG LAKE MN 55309 | JENNIFER BALL INTERIORS<br>3889 SERPENTINE<br>EAGAN MN 51220 | JOHN & JAMI FERNANDEZ<br>2482 NORWICH DRIVE<br>COLORADO SPRINGS CO 80920 |
| LAMBERT WATER WELLS, INC.<br>P.O. BOX 201<br>EMILY MN 56447 | WIDSETH<br>216 SOUTH MAIN STREET<br>CROOKSTON MN 56715 | MANDT REISS HAGLIN, PLLC<br>13039 EVERGREEN DRIVE<br>BAXTER MN 56425 |
| MARY LEE LANE REVOCABLE TRUST<br>C/O J. BRAD PERSON<br>P.O. BOX 472<br>BRAINERD MN 56401 | METRO SALES<br>1620 EAST 78TH STREET<br>MINNEAPOLIS MN 55423 | MINNESOTA DEPT OF REVENUE<br>BANKRUPTCY SECTION<br>PO BOX 64447<br>ST. PAUL MN 55164-0447 |

| | | |
|---|---|---|
| MOSS & BARNETT, PA<br>150 SOUTH 5TH STREET<br>SUITE 1200<br>MINNEAPOLIS MN 55402 | NELSON'S OUTDOOR LIGHTING & LAWN<br>34330 COUNTY ROAD 3<br>CROSSLAKE MN 56442 | NORTHFORK ROCKS<br>5253 - 55TH AVENUE SW<br>PINE RIVER MN 56474 |
| OUTDOOR LIVING LANDSCAPES, LLC<br>1387 RIVER BEND DRIVE<br>BRAINERD MN 56401 | WEST BEND INSURANCE COMPANY<br>1900 SOUTH 18TH AVENUE<br>WEST BEND WI 53095 | PETER & KELLIE MONAHAN<br>19 OSAGE<br>LITTLETON CO 80127 |
| RANSON & KANE, PC<br>7035 CAMPUS DRIVE<br>SUITE 908<br>COLORADO SPRINGS CO 80920 | VISION ELECTRIC<br>7953 COLLEGE ROAD<br>BAXTER MN 56425 | RIVERWOOD BANK<br>36139 CONTY ROAD 66<br>CROSSLAKE MN 56442 |
| ROCKY MOUNTAIN GROUP<br>2910 AUSTIN BLUFFS PARKWAY<br>SUITE 100<br>COLORADO SPRINGS CO 80918 | RUBALD, QUINTEN<br>205 CALAMUS DRIVE<br>MEDINA MN 55340 | SCHRUPP EXCAVATING, LLC<br>3003 - 36TH STREET SW<br>PINE RIVER MN 56474 |
| SCHUMEISTER, STEVEN AND JUDITH<br>5701 CONTINENTAL DRIVE<br>EDINA MN 55436 | SOUTHERN LIGHTS<br>12550 WEST FRONTAGE ROAD<br>BURNSVILLE MN 55337 | STEPHANIE THURLOW<br>6381 WILDAMERE DRIVE<br>PINE RIVER MN 56474 |
| THE NELSON LAW FIRM<br>1740 N. HIGH STREET<br>DENVER CO 80218 | UR STUDIO / UNITED RENDERWORKS<br>1622 N. WILLOW ROAD<br>SPOKANE VALLEY WA 99206 | US BANK<br>1310 MADRID STREET<br>MARSHALL MN 56528 |
| US BANK EQUIPMENT FINANCE<br>1310 MADRID SRTREET<br>SUITE 101<br>MARSHALL MN 56258 | ERIK A. AHLGREN, TRUSTEE<br>220 WEST WASHINGTON AVENUE<br>SUITE 105<br>FERGUS FALLS, MN 56537 | US TRUSTEE'S OFFICE<br>1015 US COURTHOUSE<br>300 SOUTH 4TH STREET<br>MINNEAPOLIS, MN 55415 |